```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
KINGVISION PAY-PER-VIEW LTD.,                     :
                                                   :
              Plaintiff,                           :    **ORDER**
                                                   :
         -against-                                 :    05-CV-5637 (DLI)(VVP)
                                                   :
EL VIEJO FAROL CORP. *d/b/a El Esconditel*;        :
BASEN A. JAD, *individually and as an officer(s)*, :
*director(s), and/or shareholder(s) of Elviejo Farol* :
*Corp.*; EL LLAPINGACHO ECUATORIANO,              :
INC. *d/b/a El Llapingacho*; SEGUNDO F.            :
PENALOZA, *individually and as an officer(s)*,     :
*director(s), and/or shareholder(s) of*            :
*El Llapingacho Ecuatoriano, Inc.*,                :
                                                   :
              Defendants.                          :
----------------------------------------------------------------x
```

**DORA L. IRIZARRY, U.S. District Judge:**

It appearing that no objections have been filed to the Report and Recommendation of the Honorable Viktor V. Pohorelsky, U.S.M.J., dated June 22, 2005;[1] and

Upon consideration, the Report and Recommendation is hereby adopted in full. Accordingly, it is hereby

ORDERED that plaintiff's motion for default judgment is granted (1) awarding statutory damages in the amount of $4,500 and attorneys' fees in the amount of $220 against El Viejo Farol Corporation and Basen A. Jad, and (2) awarding statutory damages in the amount of $3,000 and attorneys' fees in the amount of $220 against El Llapingacho Ecuatoriano and Segundo F. Penaloza. It is further hereby

ORDERED that service of a copy of this Order shall be made by the Clerk of this Court by forwarding a copy hereof to all parties.

DATED:   Brooklyn, New York
         July 28, 2006                       _____/s/_____
                                             DORA L. IRIZARRY
                                             United States District Judge

---

[1] Objections to the Report and Recommendation ("R&R") were originally due by July 6, 2006. However, plaintiff did not serve a copy of the R&R on the defendants, as ordered in the R&R, until July 6, 2006. More than ten days have passed since the R&R was served on defendants.