

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KINGVISION PAY-PER-VIEW LTD.,   JUDGMENT
                                 05-CV- 5637 (DLI)
       Plaintiff,

  -against-

EL VIEJO FAROL CORP. *d/b/a El Esconditel;*
BASEN A. JAD, *individually and as an officer(s),*
*director(s), and/or shareholder(s) of Elviejo Farol*
*Corp.,* EL LLAPINGACHO ECUATORIANO,
INC. *d/b/a El Llapingacho;* SEGUNDO F.
PENALOZA, *individually and as officer(s),*
*director(s), and/or shareholder(s) of*
*El Llapingacho Ecuatoriano, Inc.,*

       Defendants.
------------------------------------------------------------------X

       An Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on July 28, 2006, adopting the Report and Recommendation of Magistrate Judge Viktor V. Pohorelsky, dated June 22, 2006; granting plaintiff's motion for a default judgment; and directing the Clerk of Court to enter judgment (1) awarding statutory damages in the amount of $4,500.00 and attorneys' in the amount of $220.00 against El Viejo Farol Corporation and Basen A. Jad, and (2) awarding statutory damages in the amount of $3,000.00 and attorneys' fees in the amount of $220.00 against El Llapingacho Ecuatoriano and Segundo F. Penaloza; it is

JUDGMENT
05-CV- 5637 (DLI)

ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Viktor V. Pohorelsky is adopted; that plaintiff's motion for a default judgment is granted; and that judgment is hereby entered in favor of plaintiff, Kingvision Pay-Per-View Ltd., and (1) awarding statutory damages in the amount of $4,500.00 and attorneys' fees in the amount of $220.00 against El Viejo Farol Corporation and Basen A. Jad, and (2) awarding statutory damages in the amount of $3,000.00 and attorneys' fees in the amount of $220.00 against El Llapingacho Ecuatoriano and Segundo F. Penaloza.


Dated: Brooklyn, New York
      July 31, 2006

                                              ROBERT C. HEINEMANN
                                              Clerk of Court